**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-00099-WJM-KLM

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, a Missouri corporation,

    Plaintiff,

v.

DAVID A. MELLINGER, an individual,
HEATHER S. MELLINGER, an individual,
MIS AGENCY, INC., a Colorado corporation,

    Defendants.

_____

**ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST
MIS AGENCY, INC. WITHOUT PREJUDICE**
_____

This matter comes before the Court on Plaintiff's Renewed Motion to Dismiss Claims Against MIS Agency, Inc., Without Prejudice, filed June 7, 2011 (ECF No. 35). Defendants do not oppose the motion.  The Court being fully advised hereby ORDERS as follows:

The Motion to Dismiss Plaintiff's Claims Against MIS Agency, Inc. is GRANTED. All claims which were brought and could have been brought against MIS Agency, Inc., in the above captioned matter are hereby DISMISSED WITHOUT PREJUDICE.  Each part shall pay its own attorneys' fees and costs.  The parties shall amend the caption of this case in all future filings to reflect the dismissal of MIS Agency, Inc.

Dated this 8th day of June, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge