**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-00099-WJM-KLM

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, a Missouri corporation,

      Plaintiff,

v.

DAVID A. MELLINGER, an individual, and
HEATHER S. MELLINGER, an individual

      Defendants.

_____

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

This matter comes before the Court on Plaintiff's Joint Status Report and Motion to Dismiss filed November 29, 2011 (ECF No. 38).  Defendants do not oppose the relief requested in the Motion.  The Court being fully advised hereby ORDERS as follows:

Plaintiff's Unopposed Motion to Dismiss is GRANTED.  The above-captioned matter is hereby DISMISSED WITH PREJUDICE.  Each party shall pay their or its own attorney's fees and costs.

Dated this 29th day of November, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge